# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK ANTHONY ROBINSON,** | Civil No. 3:13-CV-01603 |
| Plaintiff, | |
| v. | |
| **RICHARD SOUTHERS**, *et al.*, | **(JUDGE MARIANI)** <br> **(Magistrate Judge Carlson)** |
| Defendants. | |

## ORDER

**AND NOW, THIS 2ND DAY OF JUNE 2021**, upon consideration of United States Magistrate Judge Martin C. Carlson's Report and Recommendation ("R&R) (Doc. 191), Plaintiff's objections to the R&R (Doc. 194), Defendants' Motion for Summary Judgment (Doc. 176), and all relevant documents, for the reasons stated in the R&R (Doc. 191) and the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's objections to the R&R (Doc. 194) are **OVERRULED**;

2. The R&R (Doc. 191) is **ADOPTED AS MODIFIED**;

3. Defendant's Motion for Summary Judgment (Doc. 176) is **GRANTED**;

4. The Clerk of Court is directed to **CLOSE THIS CASE**.

Robert D. Mariani
United States District Judge